```
 1                  UNITED STATES DISTRICT COURT

 2                   DISTRICT OF MASSACHUSETTS

 3                           No. 1:19-cr-10431-WGY

 4

 5   UNITED STATES OF AMERICA

 6

 7   vs.

 8

 9   KEYSI BATISTA

10

11                        *********

12

13                  For Hearing Before:
                    Judge William G. Young
14

15                  Sentencing Findings

16
                    United States District Court
17                  District of Massachusetts (Boston.)
                    One Courthouse Way
18                  Boston, Massachusetts 02210
                    Tuesday, December 8, 2020
19

20                        *******

21

22        REPORTER: RICHARD H. ROMANOW, RPR
                 Official Court Reporter
23            United States District Court
     One Courthouse Way, Room 5510, Boston, MA 02210
24              bulldog@richromanow.com

25
```

1          THE COURT:  Mr. Keysi Batista, pursuant to 15
2    United States Code, Section 3553(a), the information
3    from the United States Attorney, your attorney, the
4    probation officer, and yourself, this Court sentences
5    you to 9 years in the custody of the United States
6    Attorney General -- 108 months, on each of the counts of
7    conviction, the sentence on each count to run
8    concurrent, one with the other.  The Court thereafter
9    imposes upon you 4 years of supervised release with all
10   the general conditions of supervised release and the
11   special conditions set forth on Page 22 of the
12   presentence report.  The Court will recommend that you
13   serve that sentence as close to Lawrence, Massachusetts
14   as possible.
15        The Court will recommend to you the 500-hour
16   residential drug treatment program administered by the
17   Bureau of Corrections.  The Court credits you with the
18   following time towards the service of that sentence, the
19   time from November 15th, 2019 to April 6th, 2020 when
20   you were detained in custody, and from September 14th,
21   2020 to the present.
22         The Court also imposes no fine due your inability
23   to pay a fine.  The Court imposes the $200 special
24   assessment required by the law.
25         Mr. Batista, the crimes of which you stand

1    convicted are extraordinarily severe.  The drug that you
2    were distributing is a killer drug, it kills without
3    warning, it kills the most vulnerable and the most
4    needy.  Surely you know this.  You are yourself at risk
5    of involvement with such substance abuse.
6         I cannot tell you how much I want to believe what
7    you just told me.  I listened very very carefully.  I
8    want to believe everything you've said.  At the same
9    time, given this record, I rather expect that you've
10   said much the same thing to other judges and you've said
11   it with the same sincerity, and yet when they've cut you
12   breaks, you've gone right back to dealing drugs.
13        I am required, and I don't hesitate, to impose a
14   sentence that is sufficient but no greater than required
15   to carry out the, um, principles of our sentencing
16   statutes.  I have done so here.  This is a fair and a
17   just sentence.
18        You have the right to appeal from any findings or
19   rulings this Court has made against you.  Should you
20   appeal and should your appeal be successful, in whole or
21   in part, and the case remanded, you'll be resentenced
22   before another judge.  Mr. Cloherty, if an appeal is
23   decided upon, you want transcript, seek it from this
24   session of the court because I'll turn it around right
25   away.

1        Do you understand?
2        MR. CLOHERTY:  Yes, your Honor.
3        THE COURT:  Very well.  That's the sentence of the
4   court.  We'll stand in recess.
5        (Ends, 2:30 p.m.)